**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
UNITED STATES COURTHOUSE
700 STEWART STREET
SEATTLE, WASHINGTON 98101

**ROBERT S. LASNIK**
DISTRICT JUDGE                                                                                                    (206) 370-8810

April 5, 2019

| | |
|---|---|
| T. Tyler Santiago | Donald G. Grant |
| Anderson Santiago, PLLC | Donald G. Grant, P.S. |
| 787 Maynard Ave. South | Washougal Town Square, Suite 245 |
| Suite #201 | 1700 Main Street |
| Seattle, WA 98104 | Washougal, WA 98671 |

**Delivered Via CM/ECF**

    RE:    <u>Opico v. Convergent Outsourcing, Inc.</u>, C18-1579-RSL
               Stipulated Motion for Entry of Protective Order

Dear Counsel:

On April 1, 2019, the Court received your proposed "Stipulated Protective Order." Dkt. #13.

Pursuant to Fed. R. Civ. P. 26(c), protective orders may be entered to protect confidential commercial information and/or to limit the scope of specific disclosures. Such protective orders may issue upon a showing of good cause.

Although parties may agree on confidentiality among themselves, when they request that the Court be involved, the proposed order must be narrowly drawn, identifying both the type of information that is to be protected and, if not obvious, the reason such protection is warranted. The order must also comply with the applicable federal and local procedural rules.

The stipulated protective order submitted in this case is deficient in the following respect:

    The description of "confidential and proprietary materials and information"
    as including "information otherwise generally unavailable to the public, or

which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law," is too broad. Any protective order entered by the Court must identify the class or type of documents subject to the order and explain the need for confidentiality if not apparent from the context.

The agreed protective order received by the Court will remain lodged in the file but will not be entered. The parties may resubmit a proposed order if they remedy the deficiency identified in this letter.

Sincerely,

Robert S. Lasnik
United States District Judge