UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE MONTES OPICO,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:18-cv-01579-RSL<br><br>**JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE AND CONTINUE NOTING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Jose Montes Opico ("Plaintiff") and Defendant Convergent Outsourcing, Inc. ("Defendant"), through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Motion for Partial Summary Judgment ("MSJ") on August 14, 2019 (Dkt. No. 25);

WHEREAS the MSJ is noted on this Court's Motion Calendar for September 6, 2019;

WHEREAS, Defendants' deadline for filing an Opposition to the MSJ is on September 3, 2019;

JOINT STIPULATION TO EXTEND THE
BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

WHEREAS, Defendants' deadline for filing a Reply in support of the MSJ is on September 6, 2019;

WHEREAS, the parties have scheduled a mediation to take place on September 19, 2019 with Judge Linda Lau (Ret.) of Judicial Dispute Resolution in Seattle;

WHEREAS, the parties mutually agree that postponing the briefing and any hearing on the MSJ until after the mediation will enhance the chances of settlement; and

WHEREFORE, it is hereby stipulated and agreed by the parties as follows:

1. The last day for Defendant to file its Opposition to the MSJ will be September 30, 2019;

2. The last day for Plaintiff to file his Reply in support of the MSJ will be October 4, 2019; and

3. The noting date for the MSJ will be October 4, 2019.

IT IS SO STIPULATED.

JOINT STIPULATION TO EXTEND THE
BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

DATED: August 26, 2019

                DONALD G. GRANT, P.S.

                */s/ Donald G. Grant*
                DONALD G. GRANT, WSBA#15480
                Of Counsel for Defendant Convergent Outsourcing, Inc.

                DONALD G. GRANT, P.S.
                Attorneys and Counselors at Law
                Washougal Town Square, Suite 245
                1700 Main Street
                Washougal, WA 98671
                TEL: (360) 694-8488
                CELL: (360) 907-3094
                FAX: (360) 694-8688
                E-MAIL: don@dongrantps.com

DATED: August 26, 2019

                ANDERSON SANTIAGO, PLLC

                */s/ Jason D. Anderson*
                JASON D. ANDERSON, WSBA#38014
                Attorneys for Plaintiff Jose Montes Opico

                ANDERSON SANTIAGO, PLLC
                787 Maynard Ave. S
                Seattle, WA 98104
                TEL: (206) 395-2665
                FAX: (206) 395-2719
                E-MAIL: jason@alkc.net

JOINT STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 3
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

## [PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties and good cause appearing therefor, the Court orders as follows:

1. The last day for Defendant to file its Opposition to Plaintiff's Motion for Summary Judgment ("MSJ") will be September 30, 2019;
2. The last day for Plaintiff to file his Reply in support of the MSJ will be October 4, 2019; and
3. The noting date for the MSJ will be October 4, 2019.

**IT IS SO ORDERED.**

DATED: September 5, 2019

_____
The Hon. Robert S. Lasnik

JOINT STIPULATION TO EXTEND THE
BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 4
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com