The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE MONTES OPICO,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | Case No. 2:18-cv-01579-RSL<br><br>**SECOND JOINT STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br><u>NOTE FOR MOTION DOCKET</u>:<br>March 3, 2020 |

Plaintiff Jose Montes Opico ("Plaintiff") and Defendant Convergent Outsourcing, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate and jointly move the Court to amend the Amended order Setting Trial and Related Dates (Dkt #40), entered on November 14, 2019 based on the following stipulation:

WHEREAS, Plaintiff and Defendant each have cross-motions for summary judgment pending (Dkt. #25 and #34);

WHEREAS, trial in this action is currently set for May 4, 2020;

WHEREAS, the pre-trial deadlines are approaching in April 2020;

WHEREAS, the parties anticipate that the Court's ruling on the cross-motions for summary judgment will narrow the issues in this case, and may dispose of this case in its

SECOND JOINT STIPULATION
TO CONTINUE TRIAL AND
RELATED DEADLINES - 1
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

entirety;

WHEREAS, the parties mutually agree that postponing trial and all pre-trial deadlines until after the Court rules on the parties' cross-motions for summary judgment will conserve the resources of the parties and the Court;

WHEREFORE, it is hereby stipulated and agreed by the parties that trial and the accompanying deadlines be continued as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | April 6, 2020 | July 7, 2020 |
| Agreed pretrial order due | April 22, 2020 | July 24, 2020 |
| Trial briefs and trial exhibits due | April 29, 2020 | July 28, 2020 |
| Trial Date | May 4, 2020 | August 3, 2020 |

[SIGNATURE PAGE FOLLOWS]

SECOND JOINT STIPULATION
TO CONTINUE TRIAL AND
RELATED DEADLINES - 2
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

1 | IT IS SO STIPULATED.

2 | DATED: March 3, 2020

3
4
                    DONALD G. GRANT, P.S.

5 | */s/ Donald G. Grant*
    DONALD G. GRANT, WSBA#15480
6 | Of Counsel for Defendant Convergent
    Outsourcing, Inc.
7

8 | DONALD G. GRANT, P.S.
    Attorneys and Counselors at Law
9 | Washougal Town Square, Suite 245
10 | 1700 Main Street
    Washougal, WA 98671
11 | TEL: (360) 694-8488
    CELL: (360) 907-3094
12 | FAX: (360) 694-8688
13 | E-MAIL: don@dongrantps.com

14 | DATED: March 3, 2020

15 | ANDERSON SANTIAGO, PLLC
16
17 | */s/ Jason D. Anderson*
    JASON D. ANDERSON, WSBA#38014
18 | Attorneys for Plaintiff Jose Montes Opico

19 | ANDERSON SANTIAGO, PLLC
20 | 787 Maynard Ave. S
    Seattle, WA 98104
21 | TEL: (206) 395-2665
22 | FAX: (206) 395-2719
    E-MAIL: jason@alkc.net

23
24
25
26
27
28

SECOND JOINT STIPULATION
TO CONTINUE TRIAL AND
RELATED DEADLINES - 3
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com

## [PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties and good cause appearing therefor, the Court orders that the Scheduling Order is amended as follows:

| Matter | Current Deadline | Proposed Deadline |
|---|---|---|
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | April 6, 2020 | July 7, 2020 |
| Agreed pretrial order due | April 22, 2020 | July 24, 2020 |
| Trial briefs and trial exhibits due | April 29, 2020 | July 28, 2020 |
| Trial Date | May 4, 2020 | August 3, 2020 |

**IT IS SO ORDERED.**

DATED: March 6, 2020

_____
The Hon. Robert S. Lasnik

SECOND JOINT STIPULATION
TO CONTINUE TRIAL AND
RELATED DEADLINES - 4
Case No. 2:18-cv-01579-RSL

Donald G. Grant, P.S.
Attorneys and Counselors at Law
Washougal Town Square, Ste 245
1700 Main Street
Washougal, WA 98671
TEL: (360) 694-8488
FAX: (360) 694-8688
E-MAIL: don@dongrantps.com