The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE MONTES OPICO, <br><br> Plaintiff, <br><br> v. <br><br> CONVERGENT OUTSOURCING, INC., <br><br> Defendant. | NO. 2:18-cv-01579-RSL <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED August 21, 2021.

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:18-cv-01579-RSL) — 1

Anderson | Santiago
787 Maynard Avenue South
Seattle, WA 98104
(206) 395-2665

| | |
|---|---|
| **GOODMAN LAW FIRM, APC**<br>Attorney for Defendant<br><br>By /s/ *Brett B. Goodman*<br>Brett B. Goodman, *Pro Hac Vice* | **ANDERSON SANTIAGO, PLLC**<br>Attorneys for Plaintiff<br><br>By /s/ *Jason D. Anderson*<br>Jason D. Anderson, WSBA #38014 |

# ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of fees or costs to any party.

IT IS SO ORDERED.

DATED this 23rd day of August, 2021.

*[signature]*
_____
Robert S. Lasnik
United States District Court Judge

Jointly presented by:

ANDERSON SANTIAGO, PLLC
Attorneys for Plaintiff

By /s/ *Jason D. Anderson*
Jason D. Anderson, WSBA #38014
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

GOODMAN LAW FIRM, APC
Attorney for Defendant

By /s/ *Brett B. Goodman*
Brett B. Goodman, *Pro Hac Vice*
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
Telephone (858) 757-7260